# EXHIBIT A



# AFTAB PUREVAL
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

```
ELECTRONICALLY FILED
October 20, 2020 02:48 PM
       AFTAB PUREVAL
      Clerk of Courts
   Hamilton County, Ohio
   CONFIRMATION 997401
```

**TRACEY WILEY**             **A 2003679**

vs.

**DOLLAR TREE STORES INC**

### FILING TYPE: CLASSIFICATION
### PAGES FILED: 1

EFR200



| COURT OF COMMON PLEAS<br>HAMILTON COUNTY, OHIO | CLASSIFICATION FORM<br>WWW.COURTCLERK.ORG | AFTAB PUREVAL<br>CLERK OF COURTS |
|---|---|---|

CASE NUMBER: _____  PLAINTIFF: **Tracey Wiley** _____

PURSUANT TO SUPERINTENDENCE RULE 4, THIS CASE WAS ORIGINALLY FILED AND DISMISSED

UNDER CASE NUMBER: _____ BY JUDGE _____

**PLEASE INDICATE CLASSIFICATION INTO WHICH THIS CASE FALLS** (please only check one):

- [ ] Other Tort – C360
- [✓] Personal Injury – C310
- [ ] Wrongful Death – C320
- [ ] Vehicle Accident – C370

- [ ] Professional Tort – A300
- [ ] Personal Injury – A310
- [ ] Wrongful Death – A320
- [ ] Legal Malpractice – A330
- [ ] Medical Malpractice – A340

- [ ] Product Liability – B350
- [ ] Personal Injury – B310
- [ ] Wrongful Death – B320

- [ ] Worker's Compensation
- [ ] Non-Compliant Employer – D410
- [ ] Appeal – D420

- [ ] Administrative Appeals – F600
- [ ] Appeal Civil Service – F610
- [ ] Appeal Motor Vehicle – F620
- [ ] Appeal Unemployment – F630
- [ ] Appeal Liquor – F640
- [ ] Appeal Taxes – F650
- [ ] Appeal Zoning – F660

- [ ] Certificate of Qualification – H600

- [ ] Other Civil – H700-34
- [ ] Appropriation – H710
- [ ] Accounting – H720
- [ ] Beyond Jurisdiction –730
- [ ] Breach of Contract – 740
- [ ] Cancel Land Contract – 750
- [ ] Change of Venue – H760
- [ ] Class Action – H770
- [ ] Convey Declared Void – H780
- [ ] Declaratory Judgment – H790
- [ ] Discharge Mechanics Lien – H800
- [ ] Dissolve Partnership – H810
- [ ] CONSUMER SALES ACT (1345 ORC) – H820
- [ ] Check here if relief includes declaratory judgment, injunction or class action recovery – H825
- [ ] Habeas Corpus – H830
- [ ] Injunction – H840
- [ ] Mandamus – H850
- [ ] On Account – H860
- [ ] Partition – H870
- [ ] Quiet Title – H880
- [ ] Replevin – H890
- [ ] Sale of Real Estate – H900
- [ ] Specific Performance – 910
- [ ] Restraining Order – H920
- [ ] Testimony – H930-21
- [ ] Environmental – H940
- [ ] Cognovit – H950
- [ ] Menacing by Stalking – H960
- [ ] ] Repo Title – Transfer of Title Only – 970
- [ ] ] Repo Title – With Money Claim – H980
- [ ] Injunction Sexual Predator – 990
- [ ] SB 10 – Termination – H690
- [ ] SB 10 – Reclassification – H697

DATE: **10/20/2020**  ATTORNEY (PRINT): **Stephanie L. Collins**

OHIO SUPREME COURT NUMBER: **0089945**

Revised 01/02/2017



# AFTAB PUREVAL
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

```
ELECTRONICALLY FILED
October 20, 2020 02:48 PM
      AFTAB PUREVAL
    Clerk of Courts
  Hamilton County, Ohio
  CONFIRMATION 997401
```

**TRACEY WILEY**                                **A 2003679**

**vs.**

**DOLLAR TREE STORES INC**

## FILING TYPE: INITIAL FILING (IN COUNTY) WITH NO JURY DEMAND

## PAGES FILED: 4

EFR200



VERIFY RECORD

## HAMILTON COUNTY COMMON PLEAS COURT
## HAMILTON COUNTY, OHIO

| | |
|---|---|
| TRACEY WILEY<br>1105 Virescent Court<br>Cincinnati, OH 45224<br><br>           Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC.<br>887 Galbraith Road<br>Cincinnati, Ohio 45231<br><br>    Please Serve Statutory Agent<br>    Corporation Service Company<br>    50 West Broad Street<br>    Suite 1330<br>    Columbus, Ohio 43215<br><br>and<br><br>UNITED HEALTHCARE SERVICES INC.<br>Please Serve Statutory Agent:<br>    CT CORPORATION SYSTEM<br>    4400 Easton Commons Way<br>    Suite 125<br>    Columbus Oh 43219<br><br>           Defendants. | Case No.:<br><br>(Judge:      )<br><br>**COMPLAINT** |

Now comes the Plaintiff, by and through counsel, and as and for her Complaint against Defendants states as follows:

1. Plaintiff, Tracey Wiley, resides at 1105 Virescent Court, Cincinnati, Ohio 45224 and has so resided at all times relevant herein.

2. Defendant, Dollar Tree Stores, Inc., licensed to do business in the State of Ohio and a business operation with a store location at 887 Galbraith Road, Cincinnati, Ohio 45505.

3. All occurrences, which form the basis of this complaint, occurred within Clark County, Ohio.

## COUNT ONE

4. Plaintiff hereby incorporates by reference Paragraphs one through three as though fully rewritten herein.

5. On or about October 21, 2018, Defendant, Dollar Tree Stores, Inc. owned and/or operated a building at 887 Galbraith Road, Cincinnati, Hamilton County, Ohio 45231.

6. At all times relevant herein, Plaintiff, Tracey Wiley, was a lawful invitee on said premises.

7. At all times relevant herein, Defendant, Dollar Tree Stores, Inc., through its agents, servants and employees, negligently and carelessly created and/or permitted a hazardous condition to exist in the form of boxes falling inside their place of business.

8. Defendant, Dollar Tree Stores, Inc. I, knew or should have reasonably known of said dangerous condition.

9. Defendant, Dollar Tree Stores, Inc., failed to warn or make safe known dangerous condition.

10. As a direct and proximate result of Defendant Dollar Tree Stores, Inc.'s negligence, Plaintiff was injured on said date.

11. As a direct and proximate result of Defendant, Dollar Tree Stores, Inc., Plaintiff suffered bodily injuries and reasonably believes these injuries to be permanent.

12. As a direct and proximate result of Defendant Dollar Tree Stores, Inc.'s negligence, Plaintiff, Tracey Wiley, experienced severe pain and suffering and reasonably expects to experience additional pain and suffering in the future.

13. As a direct and proximate result of Defendant Dollar Tree Stores, Inc.'s negligence, Plaintiff, Tracey Wiley, experienced loss of enjoyment of life and reasonably expects to experience additional loss of enjoyment of life in the future.

14. As a direct and proximate result of Defendant Dollar Tree Stores, Inc.'s negligence, Plaintiff, Tracey Wiley, incurred reasonable and necessary medical expenses and reasonably expects to incur additional medical expense in the future.

15. Plaintiff, Tracey Wiley is entitled to judgment in an amount yet to be determined, but in excess of Twenty-Five Thousand Dollars ($25,000.00), as and for compensatory damages.

### COUNT TWO

16. Plaintiff hereby incorporates by reference paragraphs one through fifteen as though fully rewritten herein.

17. Plaintiff, Tracey Wiley, had health insurance with Defendant United Healthcare Services on the date of the above-described accident.

18. As a result of the above-described accident, and pursuant to the health insurance held with Plaintiff, Tracey Wiley, Defendant United Healthcare Services will pay, should pay, did pay, or may have paid some of the Plaintiff's medical bills from the instant accident.

19. Pursuant to the terms of said policy, United Healthcare Services is or may be subrogated to a portion of Plaintiff, Tracey Wiley's claims against Defendant, Dollar Tree Stores, Inc., and should be required to assert its interests or otherwise be forever barred from doing so as to any party hereto.

20. Plaintiff, Tracey Wiley, demands that Defendant, United Healthcare Services, pay her medical bills and assert any interest said Defendant may have in the instant matter or otherwise be forever barred in doing so as to any party hereto.

WHEREFORE, Plaintiff, Tracey Wiley, prays for judgment against Defendant, Dollar Tree Stores, Inc., in an amount yet to be determined, but in excess of Twenty-Five Thousand Dollars ($25,000.00), as and for compensatory damages; Plaintiff prays that United Healthcare be required to assert any interest said Defendant may have in the instant matter or otherwise be forever barred from doing so as to any party hereto; Plaintiff further prays for all relief to which she may be entitled at law and/or equity, including pre-judgment interest.

Respectfully Submitted,

*/s/ Stephanie L. Collins*

**Stephanie L. Collins (OH Bar# 0089945)**
The Law Offices of Blake R. Maislin, LLC
Maislin Professional Center
2260 Francis Lane
Cincinnati, OH 45206
Tel 513-444-4444
Fax 513-721-5557
scollins@maislinlaw.com
*Counsel for the Plaintiff, Tracey Wiley*

### INSTRUCTIONS TO CLERK

Please serve the Complaint upon all Defendants at the addresses identified in the caption.

*/s/ Stephanie L. Collins*

**Stephanie L. Collins (OH Bar# 0089945)**

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

TRACEY WILEY
    **PLAINTIFF**

        Use below number on
        all future pleadings

    -- vs --

        No.  A 2003679
            SUMMONS

DOLLAR TREE STORES INC
    **DEFENDANT**

    DOLLAR TREE STORES INC
    SERVE CORPORATION SERVICE COMPANY    D - 1
    50 WEST BROAD ST STE 1330
    COLUMBUS OH 43215


You are notified
that you have been named Defendant(s) in a complaint filed by

    TRACEY WILEY
    1105 VIRESCENT COURT
    CINCINNATI OH 45224

            Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET   ROOM 315,
CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.


Name and Address of attorney      AFTAB PUREVAL
STEPHANIE COLLINS                    Clerk, Court of Common Pleas
2260 FRANCIS LANE                     Hamilton County, Ohio
CINCINNATI      OH      45206

                                  By  <u>RICK HOFMANN</u>
                                                    Deputy

                                Date:    October 21, 2020


D130110483


VERIFY RECORD

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

TRACEY WILEY
    **PLAINTIFF**

      Use below number on
      all future pleadings

  -- vs --
      No.  A 2003679
        SUMMONS

DOLLAR TREE STORES INC
    **DEFENDANT**

    UNITED HEALTHCARE SERVICES INC
    SERVE CT CORPORATION SYSTEM       D - 2
    4400 EASTON COMMONS WAY STE 125
    COLUMBUS OH 43219

You are notified
that you have been named Defendant(s) in a complaint filed by

    TRACEY WILEY
    1105 VIRESCENT COURT
    CINCINNATI OH 45224

        Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET   ROOM 315,
CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.

Name and Address of attorney        AFTAB PUREVAL
STEPHANIE COLLINS                  Clerk, Court of Common Pleas
2260 FRANCIS LANE                   Hamilton County, Ohio
CINCINNATI       OH       45206

        By  RICK HOFMANN
                  Deputy

        Date:   October 21, 2020


D130110485


VERIFY RECORD

 **UNITED STATES POSTAL SERVICE**

ELECTRONIC CERTIFIED MAIL SERVICE RETURN
SUMMONS & COMPLAINT
A 2003679    D2
UNITED HEALTHCARE SERVICES INC
FILED: 10/26/2020  6:53:44

Date Produced: 10/26/2020

HAMILTON COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7194 5168 6310 0928 5713. Our records indicate that this item was delivered on 10/24/2020 at 12:03 p.m. in COLUMBUS, OH 43224. The scanned image of the recipient information is provided below.

Signature of Recipient :

[handwritten signature: Daniel D Kelley]

Address of Recipient :

[handwritten: 4900 Easton Comm. Ste 125]

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:    15885595SEQ1



**UNITED STATES POSTAL SERVICE**

ELECTRONIC CERTIFIED MAIL SERVICE RETURN
SUMMONS & COMPLAINT
A 2003679    D1
DOLLAR TREE STORES INC
FILED: 11/02/2020  6:54:14

Date Produced: 11/02/2020

HAMILTON COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7194 5168 6310 0928 5706. Our records indicate that this item was delivered on 10/26/2020 at 11:52 a.m. in COLUMBUS, OH 43215. The scanned image of the recipient information is provided below.

Signature of Recipient :

CSC Lawyers

Address of Recipient :

50 W Broad 1330

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:    15885593SEQ1